IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

BRIDGETT BEARDEN                                              PLAINTIFF

v.                     No: 4:21-cv-210 DPM

DOES                                                         DEFENDANTS

## JUDGMENT

Bearden's complaint is dismissed without prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

27 May 2021